UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIM FOLKER,

    Plaintiff,

v.                                  Case No. 3:17cv687-RV-CJK

CHERYL HALL,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 18, 2017 (doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendant's motion to proceed *in forma pauperis* (doc. 2) is **GRANTED** for the limited purpose of remanding this case to state court.

3.  Escambia County Court Case No. 2017 CC 003186 is **REMANDED** to the state court from which it was removed.

4.  The clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of October, 2017.

                     /s/ *Roger Vinson*
                     **ROGER VINSON**
                     **SENIOR UNITED STATES DISTRICT JUDGE**